UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| INTERMOUNTAIN FAIR HOUSING COUNCIL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAGECREST APARTMENTS, ARLA ENTERPRISES LLC, DEBORAH L. SHOEMAKER, H&H PROPERTIES L.L.C., SAGECRESTMULTI FAMILY PROPERTY OWNERS' ASSOCIATION, INC., CORNELIS BOR, and MARGOT C. BOR, <br><br> Defendants. | Case No. 1:12–cv-00352-BLW <br><br> **ORDER** |

     The Court has before it the parties' Stipulation to Stay Deadlines Re: Rule 12 Motions (Dkt. 44). Good cause appearing, the Court will grant the motion. However, the Court will deem moot, without prejudice, the pending motions to strike. They may be re-filed if necessary in accordance with the stipulation as explained below. This will allow the Court to remove long-standing pending motions from its docket.

**ORDER – 1**

**IT IS ORDERED:**

1. The parties' Stipulation to Stay Deadlines Re: Rule 12 Motions (Dkt. 44) is **GRANTED**.

2. The following motions shall be **DEEMED MOOT WITHOUT PREJUDICE**:

    a. Plaintiff's Motion to Strike Defenses (Dkt. 34) filed herein on the 8th day of November, 2012, as that motion pertains to the Defendants H&H Properties, L.L.C., Cornelis Bor, Margot C. Bor, and Arla Enterprises LLC;

    b. Plaintiff's Second Motion to Strike Defenses (Dkt. 38) filed herein on the 14th day of November, 2012, which pertains to the Defendant Deborah L. Shoemaker; and

    c. Plaintiff's Third Motion to Strike Defenses (Dkt. 40) filed on the 28th day of November, 2012, which pertains to the Defendant Sagecrest Multi Family Property Owners' Association, Inc.;

3. In the event that a full resolution of this proceeding is not reached as a result of the settlement conference, the parties to the Stipulation (Dkt. 44) may file Rule 12 motions, including re-filing the motions deemed moot above, on the day after the final day of the settlement conference; and

4. In the event that a settlement conference is not held in this proceeding, the parties to the Stipulation (Dkt. 44) may file Rule 12 motions, including re-

filing the motions deemed moot above, on March 1, 2013.

DATED: **December 5, 2012**

B. LYNN WINMILL
Chief U.S. District Court Judge

**ORDER – 3**